UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

OFFICIAL LOCAL FORM 3A
POST-CONFIRMATION AMENDED CHAPTER 13 PLAN

DATED: **July 26, 2017**

POST-CONFIRMATION __AMENDED__ CHAPTER 13 PLAN
(Insert First, Second etc.)

Docket No.: **17-40208**

DEBTORS:  (H)  **Michael Conwell**          SS#: **xxx-xx-7141**

(W)  **Carol Casey-Conwell**         SS#: **xxx-xx-6846**

I. AMENDED PLAN PAYMENT AND TERM:

TERM OF THE PLAN: **60** Months (Total length of Plan - not no. of months remaining.) If the plan is longer than thirty-six (36) months, a statement of cause under 11 U.S.C.§1322(d) must be attached hereto.

AMENDED PLAN PAYMENT: Debtor(s) to pay monthly: $ **1,254.00**

EFFECTIVE: 8/1/2017 (Insert new payment beginning date.)

The claims listed below must include amounts previously disbursed by the Trustee on all claims which have subsequently been withdrawn or disallowed.

II. SECURED CLAIMS

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| MMCA/C1 | Pre-petition arrears | $ 382.87 |
| Ditech Financial LLC | Pre-petition arrears | $ 55,190.25 |

Total of secured claims to be paid through the Plan: $ __55,573.12__

B. Claims to be paid directly by debtor to creditors (Not through Plan):

| Creditor | Description of Claim |
|---|---|
| Ditech Financial LLC | |
| MMCA/C1 | Automobile |

C. Modification of Secured Claims:

| Creditor | Details of Modification (Additional Details May Be Attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| -NONE- | | |

D. Leases:

   i.  The Debtor(s) intend(s) to reject the residential/personal property lease claims of
       **-NONE-**

; or

ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of **-NONE-**

iii. The arrears under the lease to be paid under the plan are **0.00**.

## III. PRIORITY CLAIMS

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **IRS** | | $ **0.00** |
| **Mass. Department of Revenue** | | $ **125.00** |

Total of Priority Claims to Be Paid Through the Plan: $ **125.00**

## IV. ADMINISTRATIVE CLAIMS

A. Attorneys Fees (to be paid through the plan): $ **5,000.00**

B. Miscellaneous Fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

## V. UNSECURED CLAIMS

The general unsecured creditors shall receive a dividend of **100** % of their claims.

A. General unsecured claims: $ **7,469.19**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of claim | Amount of Claim |
|---|---|---|
| **-NONE-** | | $ |

Total of Unsecured Claims (A + B + C): $ **7,469.19**

D. Multiply total by percentage: $ **7,469.19**
(Example: Total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of claim | | Amount of claim |
|---|---|---|---|
| -NONE- | | $ | |
| Total amount of separately classified claims payable at ___% | | $ | 0.00 |

VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund plan:

B. Miscellaneous provisions:
**No fees beyond allowed by the local rules shall be paid until a fee application has been filed and allowed by this court.**

C. Set forth below, all changes from the previously Confirmed Plan:

Secured:_____

Priority:_____

Unsecured:_____

Term:_____

Plan Payment:_____

VII. CALCULATION OF AMENDED PLAN PAYMENT

| | | |
|---|---|---|
| a) Secured claims (Section II-A&D Total): | $ | 55,573.12 |
| b) Priority claims (Section III-A&B Total): | $ | 125.00 |
| c) Administrative claims (Section IV-A&B Total): | $ | 5,000.00 |
| d) Regular unsecured claims (Section V-D Total): + | $ | 7,469.19 |
| e) Separately classified unsecured claims: | $ | 0.00 |
| f) Total of a + b + c + d + e above: | =$ | 68,167.31 |
| g) Divide (f) by .90 for total including Trustee's fee: | | |
| Cost of Plan= | $ | 75,741.47 |

(This represents the total amount to be paid into the Chapter 13 Plan)

| | | |
|---|---|---|
| h) Subtract the total amount of payment the Debtor has paid to the Trustee to date: | $ | $4,280 |
| i) Total amount left to be paid (g minus h) | $ | 70,461.47 |
| j) Divide (i) by # of months remaining: | | 57 |
| k) Round up to nearest dollar: Amended Monthly Plan Payment: | $ | 1,254.00 |

Date Amended Payment to begin: 8/1/2017

## VIII. LIQUIDATION ANALYSIS

☑ The Debtor avers that there have been no material changes to the total amount set forth in the Summary of the Liquidation Analysis of the Debtor's previously Confirmed Plan.

A. Real Estate:

| List Each Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| 2155 Turnpike Street North Andover, MA 01845 Essex County | $ 457,344.00 | $ 319,043.00 |

Total Net Equity for Real Property:   $ 138,301.00
Less Exemptions (Schedule C):         $ 138,301.00
Available Chapter 7:                  $       0.00

B. Automobile (Describe year, make and model):

-NONE-                    Value $ _____  Lien $ _____  Exemption $ _____

Total Net Equity:                    $ 0.00
Less Total Exemptions (Schedule C):  $ 0.00
Available Chapter 7:                 $ 0.00

C. All other Assets (All remaining items on Schedule B): (Itemize as necessary)

2014 Mitsubishi
2003 Jeep Wrangler
Miscellaneous household furniture, etc.
Electronics
Four sets of golf clubs
Miscellanous clothing
Miscellaneous
14 year old dog.
Cash
TD Bank checking account
Metro Savings
Peabody Gas & Electric
401(k)
401(k)

Total Net Value:                     $ 30,510.00
Less Total Exemptions (Schedule C):  $ 30,510.00
Available Chapter 7:                 $      0.00

D. Liquidation Summary (Total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions:   $       0.00

E. Additional Comments regarding Liquidation Analysis:

IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor(s) or his or her counsel will serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and file a Certificate of Service accordingly.

/s/ Herbert Weinberg                                                    7/26/2017
**Herbert Weinberg 550415**                                              Date
Debtor's Counsel
Counsel's Address:    **805 Turnpike Street**
                      **North Andover, MA 01845**
Tel# **(978) 683-2479** Fax:**(978) 682-3041**    Email Address: **hweinberg@jrhwlaw.com**


I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.

Date   **7/26/2017**                        Signature    /s/ Michael Conwell
                                                         **Michael Conwell**
                                                         Debtor

Date   **7/26/2017**                        Signature    /s/ Carol Casey-Conwell
                                                         **Carol Casey-Conwell**
                                                         Joint Debtor