10/15/2019 SO NOTED; THE UNDERLYING HEARING OF 11/06/19 IS CANCELED.

Elizabeth D. Katz

# UNITED STATES BANKRUPTCY COURT
## FOR THE COMMONWEALTH OF MASSACHUSETTS
### CENTRAL DIVISION

| | |
|---|---|
| MMCA, Its Successors and Assigns } | |
|     Movant } | CASE NO. 17-40208-EDK |
| } | CHAPTER 13 |
| } | |
| Michael Conwell } | |
| Carol Casey-Conwell } | |
|     Debtors } | |

### NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF
### (Doc. No. 190)

NOW COMES MMCA, its Successor and Assigns (the "Movant"), by and through its undersigned counsel and hereby gives Notice of Withdrawal of its Motion for Relief from Stay. (Doc. No. 190).

                                Respectfully submitted,
                                The Movant
                                By and through its attorneys,
                                BRAUCHER & AMANN, PLLC

DATED:  10-15-2019           /s/ William J. Amann
                                BBO # 648511
                                65 Market Street
                                Manchester, NH 03101
                                603-486-1530
                                wamann@ba-law.com